MELANIE BENCOE, Appellant, v. LOUIS H. HAYM and Others, Respondents.

WESTCHESTER TITLE AND TRUST COMPANY and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.